No. 94–9044.  EGGAR ET AL. *v.* CITY OF LIVINGSTON.  C. A. 9th Cir.  Certiorari denied.

No. 94–9065.  FRIEDMAN *v.* BOARD OF BAR EXAMINERS OF MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 94–9074.  KNAPP *v.* LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 94–9081.  SEVEY *v.* ANGELONE ET AL.  C. A. 9th Cir. Certiorari denied.

No. 94–9083.  WILLIAMS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 94–9110.  SPARROW *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–9125.  YOUNG *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 94–9141.  MURRAY *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 94–9151.  HORTON *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 94–9160.  BUTLER *v.* RICHARDS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 94–9172.  WARD *v.* UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 94–9180.  KIRKLAND *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94–9186.  THOMAS *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 94–9188.  FLORES *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–9198.  GIRALDO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.